IN THE NINTH COURT OF APPEALS
BEAUMONT, TEXAS

NO. 09-17-00444-CV

**FILED**

DEC 1 2 2017

CAROL ANNE HARLEY
CLERK OF THE COURT
NINTH COURT OF APPEALS

KRISTIN D. WILKINSON

V.

COMMISSION FOR LAWYER DISCIPLINE

ON APPEAL FROM THE 284TH JUDICIAL DISTRICT COURT
OF MONTGOMERY COUNTY, TEXAS

APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE THE CLERK'S RECORD

TO THE HONORABLE COURT OF APPEALS:

Kristin D. Wilkinson, Appellant, respectfully and for good cause requests the

Court grant the clerk additional time to file the clerk's record and shows this honorable

Court as follows:

1.      The deadline to file the clerk's record is December 12, 2017. Rule 35.1,

TEX.R.APP.P. In accord with Rule 35.1 of the Texas Rules of Appellate Procedure, the

clerk's record should be filed with the Clerk of the Beaumont Court of Appeals on or

before 120 days after the Judgment was signed. The Judgment was signed on August

14, 2017. Therefore, the first deadline in which clerk's record should be filed in the

appellate court is on or before December 12, 2017.

2. Appellant is the sole caretaker of her mother and both have had the flu; Appellant's mother having significant additional medical issues requiring Kristin's attention, care and, by choice, financial commitment. Appellant should be able to pay for the Clerk's Record on December 22, 2017, or as soon as the Christmas holiday has passed and the Court reopens for regular business. The delay in payment is not purposeful but will complicate the clerk's preparation of the record in a timely manner. In order to prepare the record, the clerk will in all probability need a court order allowing for an extension of time to prepare and transmit the record to the Ninth Court of Appeals.

3. The court reporter requested an extension to file the reporter's record. The Appellate Court granted the reporter's request extending the time to file the reporter's record to and including January 11, 2017.

4. Appellant requests the Court extend the time to file the clerk's record up to and including January 11, 2017.

5. THEREFORE, Appellant respectfully requests the Court extend the deadline for filing the clerk's record up to and including January 11, 2017.

-2-

Respectfully submitted,

Kristin Wilkinson, J.D.
By: /S/ Kristin Wilkinson
State Bar No. 24037708 (Not Admitted)
kristinwilkinson@use.startmail.com
P.O. Box 701188
Houston, Texas 77270-1188
(713) 561-5616
(713) 561-5629 (Facsimile)

FOR RESPONDENT, PRO SE


## CERTIFICATE OF CONFERENCE

I certify that in accord with Rule 10.1(5), Tex.R.App.P., on December 11, 2017, counsel

for the appellant made a reasonable attempt to confer with all other parties about the merits

of this motion and whether it opposes the motion.  Counsel was unable to reach Ms. Burton.


By: /S/ Kristin Wilkinson


## CERTIFICATION

I certify that I have complied with Rule 25.1(e), Tex.R.App.P., by sending a true

and correct copy of this document to all parties to the trial court's final judgment

including Cynthia Burton, by e-mail to cynthia.burton@texasbar.com; and to all  other

interested parties, before midnight on the 11th  day of December, 2017.

By: /S/ Kristin Wilkinson


-3-

FILE COPY



| | | |
|---|---|---|
| CHIEF JUSTICE<br>STEVE MCKEITHEN<br><br>JUSTICES<br>CHARLES KREGER<br>HOLLIS HORTON<br>LEANNE JOHNSON | **Court of Appeals**<br>State of Texas<br>Ninth District | CLERK<br>CAROL ANNE HARLEY<br><br>OFFICE<br>SUITE 330<br>1001 PEARL ST.<br>BEAUMONT, TEXAS 77701<br>409/835-8402  FAX 409/835-8497<br>WWW.TXCOURTS.GOV/9THCOA.ASPX |

December 11, 2017

Cynthia Lee Burton
Office of Chief Disciplinary Counsel
State Bar of Texas
P O Box 12487
Austin, TX 78711
* DELIVERED VIA E-MAIL *

Kristin Wilkinson
P.O. Box 701188
HOUSTON, TX 77270-1188
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:            09-17-00444-CV
       Trial Court Case        16-09-10238-CV
       Number:

**Style:**  Kristin D. Wilkinson
        v.
        Commission for Lawyer Discipline

The court acknowledges receipt of the reporter's affidavit for extension of time. The reporter's record is now due to be filed on or before **January 11, 2018**.

Sincerely,

CAROL ANNE HARLEY
CLERK OF THE COURT

cc:   Judge Cara Wood (DELIVERED VIA E-MAIL)
     Barbara Adamick (DELIVERED VIA E-MAIL)
     Robin Cooksey (DELIVERED VIA E-MAIL)
     Kaetheryne B. Kyriell (DELIVERED VIA E-MAIL)
     Kenneth Cramer (DELIVERED VIA E-MAIL)
     Shannon B. Sauceda (DELIVERED VIA E-MAIL)
     Graciela Caka (DELIVERED VIA E-MAIL)